# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DOUMAR, ROBERT G. | U. S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA | 11/26/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR UNITED STATES DISTRICT JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

Room 420 United States Courthouse
600 Granby Street
Norfolk, VA 23510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | unimproved land in Chesapeake, VA |
| 2. | MEMBER | unimproved land in rural areas of Va. Beach, VA |
| 3. | MEMBER | a limited partnership |
| 4. | STOCKHOLDER | a subchapter S corporation |
| 5. | STOCKHOLDER | (subchapter S corporation) |
| 6. | STOCKHOLDER | Subchapter S corporation (owns unimproved lots in Chesapeake, VA) |
| 7. | CO-MANAGER | (charitable foundation which holds stock in Chevron Corp., EOG Resources) |
| 8. | MEMBER (Y) | a real estate limited liability company that owns homebuilding lots in Virginia Beach, VA. Liquidated at a loss 6/1/13 |
| 9. | MEMBER | |
| 10. | MEMBER (X) | |
| 11. | MEMBER (X) | |
| 12. | MEMBER | |
| 13. | MEMBER (X) | |
| 14. | MEMBER | |
| 15. | MEMBER | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2013 | DIRECTOR'S FEE - ▓▓▓▓▓▓▓▓▓ . |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/22-3/24/2013 | New York, NY | Professional Association | Transportation, Lodging, Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NONE OTHER THAN CREDIT CARDS WHICH ARE PAID IN FULL MONTHLY. | NONE | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBOTT LABS (Y) | | None | | | | 01/02/13 | L | | Spinoff to Abbvie Inc. Com |
| 2. ABBVIE INC. COM (X) | A | Dividend | L | T | Spinoff (from line 1) | 01/02/13 | L | | Spinoff from Abbott Labs |
| 3. | | | | | Buy | 02/15/13 | J | | |
| 4. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 5. ALLEGION PLC (X) | A | Dividend | J | T | Spinoff (from line 102) | 12/02/13 | J | | Spinoff from Ingersol Rand |
| 6. ALON USA PARTNERS LP UNITS (X) | | None | | | Buy | 05/24/13 | K | | |
| 7. | | None | | | Buy (add'l) | 06/04/13 | J | | |
| 8. | B | Distribution | | | Buy (add'l) | 06/17/13 | J | | |
| 9. | | None | | | Sold | 11/27/13 | K | | loss |
| 10. AMERICAN CAPITAL AGENCY | B | Dividend | | | Buy | 08/19/13 | J | | |
| 11. | B | Dividend | | | Buy (add'l) | 09/03/13 | J | | |
| 12. | | None | | | Sold | 11/27/13 | K | | loss |
| 13. AMERITRADE | A | Interest | J | T | | | | | |
| 14. ANNALY CAPITAL MGMT. | B | Distribution | | | Sold | 11/27/13 | J | | loss |
| 15. | | None | J | T | Buy | 12/31/13 | J | | |
| 16. ANWORTH MORTGAGE ASSET | B | Dividend | | | Sold | 11/27/13 | K | | loss |
| 17. AT&T | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AVATAR VENTURES | A | Dividend | J | T | | | | | |
| 19. BAIDU INC. | A | Dividend | L | T | | | | | |
| 20. BARRICK GOLD CORP. | A | Dividend | | | Sold | 11/22/13 | J | | loss |
| 21. BB&T CORP. | C | Dividend | M | T | | | | | |
| 22. BB&T CAPITAL TRUST (Y) | | | | | | | | | |
| 23. BANK OF AMERICA | A | Dividend | K | T | | | | | |
| 24. BANK OF AMERICA PREFERRED | B | Dividend | | | Redeemed | 05/01/13 | K | D | |
| 25. BBVA BANCO FRANCES | A | Dividend | | | Sold | 01/22/13 | J | | loss |
| 26. BLACK ROCK LARGE CAP EQUITY | E | Dividend | O | T | Sold (part) | 08/13/13 | K | D | held in Merrill Lynch IRA |
| 27. BLACK ROCK NAT.BASIC EQUITY | A | Dividend | K | T | Sold (part) | 08/13/13 | J | D | held in Merrill Lynch IRA |
| 28. BLACK ROCK PACIFIC NAT, ETC. | A | Dividend | K | T | | | | | held in Merrill Lynch IRA |
| 29. BOEING COMPANY (X) | A | Dividend | K | T | Buy | 08/06/13 | K | | |
| 30. | A | Dividend | K | T | Buy (add'l) | 11/19/13 | J | | |
| 31. CALUMET SPEC. | A | Distribution | J | T | Buy (add'l) | 01/30/13 | J | | |
| 32. | B | Distribution | K | T | Buy (add'l) | 02/28/13 | K | | |
| 33. | B | Distribution | J | T | Buy (add'l) | 05/22/13 | J | | |
| 34. CAMPOSTELLA SELF-STORAGE | A | Distribution | J | T | | | | | ▨▨▨▨ owns |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CAPITAL ONE FINANCIAL | A | Dividend | K | T | | | | | |
| 36. CELLCOM ISRAEL, LTD. | A | Dividend | J | T | | | | | |
| 37. CENTURY LINK | C | Dividend | L | T | | | | | |
| 38. ▨▨▨▨▨ | C | Distribution | L | W | | | | | |
| 39. CHENIERE ENERGY, INC. (X) | A | Dividend | K | T | Buy | 01/11/13 | J | | |
| 40. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 41. | | | | | Buy (add'l) | 10/28/13 | J | | |
| 42. CHESAPEAKE ENERGY | A | Dividend | K | T | | | | | |
| 43. CHIMERA INVESTMENT | B | Distribution | J | T | | | | | |
| 44. CHINA MOBILE | B | Dividend | J | T | | | | | |
| 45. CISCO SYSTEMS | A | Dividend | K | T | | | | | |
| 46. CITIGROUP PREFERRED (Y) | | | | | | | | | |
| 47. CITIGROUP COMMON STOCK | B | Dividend | L | T | | | | | |
| 48. CLIFFS NATURAL RESOURCES | B | Dividend | | | Sold | 05/24/13 | K | | loss |
| 49. CONOCO-PHILLIPS | C | Dividend | L | T | | | | | |
| 50. CONSTELLATION ENERGY GROUP, now Exelon Corp. (Y) | | | | | Merged (with line 79) | | | | Merged Exelon 3/12/2012 |
| 51. CORNERSTONE PROGRESSIVE | B | Dividend | J | T | Buy | 11/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CORNING | A | Dividend | J | T | | | | | |
| 53. CSX CORP. | B | Dividend | L | T | | | | | |
| 54. CVR REFINING LP COM UNIT (X) | | None | J | T | Buy | 05/28/13 | J | | |
| 55. | B | Distribution | K | T | Buy (add'l) | 06/04/13 | K | | |
| 56. | A | Distribution | J | T | Buy (add'l) | 06/17/13 | K | | |
| 57. | | | | | Sold | 11/27/13 | K | | loss |
| 58. DELUXE CORP. | A | Dividend | J | T | Buy (add'l) | 01/14/13 | J | | |
| 59. | | | | | Buy (add'l) | 01/30/13 | J | | |
| 60. DEVON ENERGY | A | Dividend | K | T | | | | | |
| 61. DIEBOLD | A | Dividend | K | T | | | | | |
| 62. �altri | E | Interest | N | W | | | | | |
| 63. DOLLAR TREE STORES (Y) | | | | | | | | | |
| 64. ▭ LLC | | None | L | W | | | | | |
| 65. ▭ | E | Dividend | M | W | | | | | |
| 66. DOW CHEMICAL | B | Dividend | K | T | | | | | |
| 67. DUPONT | C | Dividend | L | T | | | | | |
| 68. EATON VANCE FLOATING CLASS C (X) | A | Dividend | K | T | | | | | Mutual Fund Signature Adv |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ECOLAB | A | Dividend | J | T | | | | | Merrill Lynch IRA |
| 70. EL PASO (Y) | | | | | | | | | |
| 71. ▨ | G | Distribution | M | W | Distributed (part) | 04/01/13 | L | F | |
| 72. | | | | | Distributed (part) | 09/10/13 | J | D | |
| 73. | | | | | Distributed (part) | 10/18/13 | L | E | |
| 74. EMERSON ELECTRIC | B | Dividend | K | T | | | | | Merrill Lynch/ pers.IRA |
| 75. ENVEST, II | | None | L | W | | | | | |
| 76. EOG RESOURCES, INC. | A | Dividend | M | T | | | | | |
| 77. EXELIS, INC. | A | Dividend | | | Sold | 02/11/13 | J | | loss |
| 78. XYLEM, INC. | | None | | | Sold | 02/14/13 | K | | loss |
| 79. EXELON CORP., formerly Constellation Energy Group | B | Dividend | K | T | | | | | Was Constellation 3/12/12 |
| 80. EXXON MOBIL | C | Dividend | L | T | | | | | |
| 81. EWZ-I SHARES BRAZIL | B | Dividend | L | T | | | | | |
| 82. ENTERPRISE PRODUCTS | C | Distribution | K | T | | | | | |
| 83. FAIRFIELD ASSOCIATES | B | Distribution | K | T | | | | | |
| 84. ▨ LAWRENCEVILLE, VA ( ▨ | C | Rent | N | W | Distributed (part) | 03/28/13 | K | D | Timber Sale |
| 85. FIRST ABERDEEN AUSTRALIA FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. GABELLI TRUST | A | Dividend | J | T | Buy (add'l) | 03/06/13 | J | | |
| 87. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 88. GOLDMAN SACHS | B | Dividend | L | T | | | | | |
| 89. GOOGLE | A | Dividend | K | T | | | | | |
| 90. GREAT NORTHERN IRON ORE, Northeastern MN | B | Rent | J | U | Buy (add'l) | 02/04/13 | K | | |
| 91. | | | | | Sold | 06/03/13 | K | B | |
| 92. GREATER CHINA FUND | A | Dividend | M | T | | | | | |
| 93. GRUPO TELEVISA | A | Dividend | K | T | | | | | |
| 94. HAWAIIAN HOLDINGS, INC. | A | Dividend | J | T | | | | | |
| 95. HERBAL LIFE | A | Dividend | J | T | | | | | |
| 96. HEWLETT PACKARD (X) | | None | J | T | Buy | 12/02/13 | J | | |
| 97. HOLLYFRONTIER CORP. COM. (X) | A | Dividend | K | T | Buy | 04/12/13 | J | | |
| 98. HOST HOTELS & RESORTS | A | Dividend | J | T | | | | | |
| 99. IEC ELECTRICS CORP. | A | Dividend | | | Sold | 05/28/13 | J | | loss |
| 100. INCREDIMAIL (Now Perion Network) (X) | | | | | Closed | | | | Merged w/Perion 11/09/2011 |
| 101. ▓▓▓▓▓▓ | C | Distribution | L | W | | | | | |
| 102. INGERSOLL RAND | A | Dividend | | | Closed | 12/02/13 | J | | Spinoff to Allegion PLC |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  INTEL CORP. | A | Dividend | K | T | Sold (part) | 08/13/13 | J | A | |
| 104.  INVESCO | A | Dividend | K | T | Buy (add'l) | 02/13/13 | J | | |
| 105. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 106.  INVESCO. MORTG. CAPITAL | B | Dividend | J | T | Buy (add'l) | 01/30/13 | J | | |
| 107. | | | | | Sold (part) | 11/27/13 | J | | loss |
| 108. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 109.  ITT CORPORATION (Y) | | | | | | | | | |
| 110.  ITT INDUSTRIES (Y) | | | | | | | | | |
| 111. | | None | M | W | | | | | |
| 112.  KEYCORP CAPX (Y) | | | | | | | | | |
| 113.  KINDER MORGAN ENERGY PRTNR | C | Distribution | L | T | | | | | |
| 114.  KINDER MORGAN, INC. | A | Dividend | J | T | | | | | |
| 115.  KKR FINANCIAL | A | Distribution | J | T | Buy (add'l) | 12/11/13 | K | | |
| 116.  LADENBURG THALMAN PFD (X) | C | Dividend | K | T | Buy | 06/26/13 | K | | |
| 117. | E | Distribution | K | W | | | | | |
| 118.  LE GAGA (Y) | | | | | | | | | |
| 119.  LIHUA INTERNATIONAL INC. (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. LUK OIL | A | Dividend | J | T | | | | | |
| 121. MAIN STREET CAPITAL | C | Dividend | K | T | Buy | 11/25/13 | J | | |
| 122. McMINN PLAZA | | None | | | Closed | 05/01/13 | J | | final distrib. sale loss |
| 123. MERCK | A | Dividend | J | T | | | | | |
| 124. MICROSOFT | A | Dividend | J | T | | | | | |
| 125. MIND CTI LTD. | A | Dividend | J | T | | | | | |
| 126. MFS TOTAL RETURN FUND | B | Dividend | L | T | | | | | |
| 127. MORGAN STANLEY (X) | A | Dividend | K | T | Buy | 08/06/13 | K | | |
| 128. MOTOROLA MOBILITY (Y) | | | | | | | | | |
| 129. MOTOROLA SOLUTIONS | A | Dividend | J | T | Buy | 12/31/13 | J | | |
| 130. NAVIOS MARITIME PTNRS | B | Dividend | | | Sold | 11/25/13 | K | | loss |
| 131. | | None | K | T | Buy | 12/30/13 | K | | |
| 132. NISKA PTRNERS | A | Dividend | J | T | | | | | |
| 133. NVIDIA CORP. | A | Dividend | K | T | | | | | |
| 134. NORFOLK SOUTHERN | B | Dividend | L | T | | | | | |
| 135. OASIS PETROLEUM (X) | A | Dividend | J | T | Buy | 01/07/13 | J | | |
| 136. OIBRC, Now OISA (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. OIBR, Now OISA B (Y) | | | | | | | | | |
| 138. OISA | A | Dividend | | | Sold | 08/01/13 | J | | loss |
| 139. OISA B | A | Dividend | J | T | | | | | |
| 140. ONEOK PARTNERS | D | Distribution | L | T | | | | | |
| 141. ON SEMICONDUCTOR (Y) | | | | | | | | | |
| 142. PATRICK INDUSTRIES (X) | A | Dividend | J | T | Buy | 06/17/13 | J | | |
| 143. PENN VA. RESOURCE (now PVR PARTNERS) (Y) | | | | | | | | | Now PVR Partners 3/10/2011 |
| 144. PERION NETWORK (formerly Incredimail) | A | Dividend | J | T | Merged (with line 100) | | J | | mrg Incredimail 11/09/2011 |
| 145. PETRO LE BARASILIEROSA | | None | | | Sold | 01/30/13 | K | | loss |
| 146. PHILLIPS 66 | A | Dividend | J | T | | | | | |
| 147. PINELAND STATION | A | Distribution | K | W | | | | | |
| 148. PITNEY BOWES, INC. (X) | A | Dividend | J | T | Buy | 01/25/13 | J | | |
| 149. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 150. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 151. PLAINS ALL AMERICAN PIPELINE | C | Distribution | L | T | | | | | |
| 152. PLYGEM HLDGS INC. (X) | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 153. ▓▓▓▓▓▓▓▓▓▓ | | None | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ▨▨▨▨▨▨▨ | | None | N | W | | | | | |
| 155. PROSHARES TRUST II | | None | | | Sold | 11/27/13 | K | | Loss |
| 156. PVR PARTNERS (X) | C | Distribution | K | T | Merged (with line 143) | | J | | Merge Penn Va 3/10/2011 |
| 157. RAPPAHANNOCK VA. REG. JAIL (X) AUTH. | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 158. RAYONIER | B | Dividend | K | T | | | | | |
| 159. ▨▨▨▨▨▨▨ Pasquotank Co., NC | A | Rent | M | W | | | | | |
| 160. RESERVE PETROLEUM | A | Dividend | J | T | | | | | |
| 161. ROCHE HOLDINGS CORP. | A | Dividend | J | T | | | | | |
| 162. ROYAL DUTCH PETROLEUM | C | Dividend | K | T | | | | | |
| 163. SANDRIDGE MISSISSIPPIAN TR. (X) | A | Distribution | J | T | Buy | 05/03/13 | J | | |
| 164. | A | Distribution | J | T | Buy (add'l) | 06/17/13 | J | | |
| 165. SANOFI | A | Dividend | K | T | | | | | |
| 166. SARATOGA INVESTMENT CORP. (X) | | None | J | T | Buy | 01/23/13 | J | | |
| 167. | | None | J | T | Buy (add'l) | 06/11/13 | J | | |
| 168. | A | Dividend | J | T | Buy (add'l) | 12/27/13 | J | | |
| 169. SASOL LTD. | A | Dividend | J | T | Buy (add'l) | 02/13/13 | J | | |
| 170. | A | Dividend | J | T | Buy (add'l) | 12/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ▒▒▒▒▒▒▒ | E | Distribution | | | Closed | 06/01/13 | K | | Liquidated at a loss |
| 172. STARWOOD HOTELS | A | Dividend | K | T | | | | | |
| 173. SUBURBAN PROPANE PARTNERS | C | Distribution | K | T | | | | | |
| 174. SUNTRUST CHECKING | A | Interest | K | T | | | | | |
| 175. SUNTRUST | A | Dividend | L | T | | | | | |
| 176. SUNTRUST SECURITIES | C | Interest | O | T | | | | | |
| 177. TAIWAN SEMICONDUCTOR | A | Dividend | K | T | | | | | |
| 178. TANDY LEATHER FACTORY | A | Dividend | J | T | | | | | |
| 179. TEXTRON (Y) | | | | | | | | | |
| 180. TOWNEBANK | D | Dividend | M | T | Buy | 11/18/13 | J | | |
| 181. TOWNEBANK CONVERTIBLE 8% preferred stock | D | Interest | | | Merged (with line 180) | 09/11/13 | K | | Converted to Common |
| 182. TRANSPORTADORA | A | Dividend | J | T | Buy | 07/08/13 | J | | |
| 183. TRANS OCEAN | A | Dividend | J | T | | | | | |
| 184. UBS Financial - money market | A | Interest | J | T | | | | | |
| 185. ▒▒▒▒▒▒ | | None | J | W | | | | | |
| 186. WELLS FARGO | B | Dividend | L | T | | | | | |
| 187. WESTERN ASSET MGMT. CORP. | A | Dividend | J | T | Buy (add'l) | 01/23/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. WHEELER REAL ESTATE INVESTMENT TRUST, INC. (X) | D | Distribution | J | T | | | | | |
| 189. WHITING U.S. TRUST I | | None | | | Sold | 05/28/13 | J | | loss |
| 190. WINDSTREAM CORP. | A | Dividend | | | Closed | 09/03/13 | J | | Merged Windstream Hldgs |
| 191. WINDSTREAM HLDGS INC., formerly Windstream Corp. (X) | A | Dividend | J | T | Merged (with line 190) | 09/03/13 | J | | |
| 192. WORLD ACCEPTANCE GRP (Y) | | | | | | | | | |
| 193. WRZD | A | Distribution | N | W | Distributed (part) | 11/27/13 | K | D | |
| 194. SPOUSE'S ASSETS LISTED BELOW ARE TO BE REDACTED FROM | | | | | | | | | |
| 195. REPORT OF THE UNDERSIGNED MADE PUBLIC BY THE COMMITTEE DUE | | | | | | | | | |
| 196. TO HER CLAIMED CONSTITUTIONAL RIGHT OF PRIVACY: | | | | | | | | | |
| 197. Air Products Chem. | A | Dividend | | | Sold | 07/05/13 | J | C | |
| 198. Alexandria, Va. Const. Pub. | B | Interest | K | T | | | | | |
| 199. Altria Group | A | Dividend | J | T | | | | | |
| 200. Amazon | A | Dividend | J | T | | | | | |
| 201. American Electric Power (Y) | | | | | | | | | |
| 202. American Waterworks Co. | A | Dividend | J | T | | | | | |
| 203. Anadarko Pete Corp. (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. Apache | A | Dividend | | | Sold | 01/09/13 | J | | loss |
| 205. Apple Inc. (X) | A | Dividend | J | T | | | | | |
| 206. AT&T | A | Dividend | J | T | | | | | |
| 207. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 208. BB&T | B | Dividend | L | T | | | | | |
| 209. BB&T - checking/money market | A | Interest | K | T | | | | | |
| 210. Baidu | | None | J | T | | | | | |
| 211. Baxter Intern. | A | Dividend | K | T | | | | | |
| 212. Black Rock Va. Muni. Tr. | A | Dividend | J | T | | | | | |
| 213. Boeing | A | Dividend | J | T | | | | | |
| 214. Bristol Myers Squibb (Y) | | | | | | | | | |
| 215. CBS Corp. | A | Dividend | J | T | | | | | |
| 216. CMA Tax Exempts Bonds | B | Interest | K | T | | | | | |
| 217. Cabot Oil & Gas (Y) | | | | | | | | | |
| 218. Celegene Corp. | | None | J | T | | | | | |
| 219. CenturyLink Inc. (X) | B | Dividend | | | Buy | 01/09/13 | K | | |
| 220. | | | | | Sold | 12/09/13 | K | | loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. China Growth Fund | A | Distribution | J | T | | | | | |
| 222. Cnook, Ltd. | A | Dividend | J | T | | | | | |
| 223. Chevron | A | Dividend | J | T | | | | | |
| 224. Coca-Cola | A | Dividend | J | T | | | | | |
| 225. Comcast | A | Dividend | | | Sold | 05/13/13 | J | D | |
| 226. Com. Bankers Trust, formerly Essex Bank | | None | K | T | | | | | |
| 227. Costco Wholesale | A | Dividend | J | T | | | | | |
| 228. CVS Caremark Corp. | A | Dividend | J | T | | | | | |
| 229. Morgan-Stanley Dean Witter Trust Premium Income Trust (S) | C | Dividend | J | T | | | | | |
| 230. Morgan-Stanley Dean Witter Tax Exempt Sec.D | D | Interest | M | T | | | | | |
| 231. Dentsply Int. | A | Dividend | J | T | | | | | |
| 232. Diageo PLC | A | Dividend | J | T | Sold (part) | 05/29/13 | J | C | |
| 233. Diversified Investment Group (Investment Club) CLOSED (Y) | | | | | | | | | |
| 234. Eaton Vance Grtr Ch.Gwth | A | Dividend | J | T | | | | | |
| 235. Eli Lilly (X) | A | Dividend | | | Buy | 01/09/13 | K | | |
| 236. | | | | | Sold | 12/09/13 | K | | loss |
| 237. Emerson Electric | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. Endo Pharma. Holdings | A | Dividend | J | T | | | | | |
| 239. Exxon Mobil | A | Dividend | J | T | | | | | |
| 240. Fairmont Comm., now Fairpoint Comm. | A | Dividend | J | T | | | | | |
| 241. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 242. General Mills | A | Dividend | J | T | | | | | |
| 243. Genuine Parts Co. (Y) | | | | | | | | | |
| 244. Goldman Sachs | A | Dividend | J | T | | | | | |
| 245. Guardian Life Insurance Co. | A | Interest | J | T | | | | | |
| 246. Hewlett Packard (Y) | | | | | | | | | |
| 247. Home Depot | A | Dividend | K | T | | | | | |
| 248. IBM (Y) | | | | | | | | | |
| 249. Illinois Tool Works, Inc. | A | Dividend | J | T | | | | | |
| 250. Intel Corp. | A | Dividend | J | T | | | | | |
| 251. Intercapital Insd.Mun.Income | C | Interest | K | T | | | | | |
| 252. Intercapital Insd.Mun.Trust | C | Interest | K | T | | | | | |
| 253. Intercapital Quality Muni TR | C | Interest | L | T | | | | | |
| 254. Invesco Municipal Opp. Trust | C | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 256. Kellogg | A | Dividend | J | T | | | | | |
| 257. Life Ptnrs Holding | A | Dividend | J | T | | | | | |
| 258. Marathon Oil Corp. | A | Dividend | J | T | | | | | |
| 259. McDonalds | A | Dividend | J | T | Sold (part) | 06/05/13 | J | C | |
| 260. Merrill Lynch Basic Value Fund | A | Dividend | J | T | | | | | |
| 261. ML Lee Acquisition Fund 89 | A | Interest | J | T | | | | | |
| 262. ML Venture Partners (LP87) | A | Distribution | J | T | | | | | |
| 263. Medtronic (Y) | | | | | | | | | |
| 264. Merck and Co. Inc. Shs. | B | Dividend | K | T | | | | | |
| 265. Microsoft | A | Dividend | | | Sold | 12/18/13 | K | C | |
| 266. Monsanto Co. New Del Com | A | Dividend | J | T | | | | | |
| 267. Mosaic Co. | A | Dividend | J | T | | | | | |
| 268. Norfolk Southern | A | Dividend | K | T | | | | | |
| 269. Northeast Utilities Com. | A | Dividend | J | T | | | | | |
| 270. Nuvasive, Inc. | A | Dividend | J | T | | | | | |
| 271. Oracle | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. Patterson | A | Dividend | J | T | | | | | |
| 273. Petrelo (Y) | | | | | | | | | |
| 274. Pfizer | A | Dividend | J | T | | | | | |
| 275. Phillip Morris | A | Dividend | J | T | | | | | |
| 276. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 277. Schlumberger | A | Dividend | K | T | | | | | |
| 278. Stercycle | A | Dividend | J | T | | | | | |
| 279. Tesco | A | Dividend | K | T | | | | | |
| 280. 3M Company (X) | A | Dividend | J | T | | | | | |
| 281. TowneBank Checking & Savings | A | Interest | J | T | | | | | |
| 282. United Techs Corp. | A | Dividend | | | Sold | 06/24/13 | J | B | |
| 283. USTlhc | A | Dividend | K | T | | | | | |
| 284. VA State PBA Pub. | B | Interest | K | T | | | | | |
| 285. VA CLG Bldg. Va. | B | Interest | K | T | | | | | |
| 286. VA State Res. Auth. | B | Interest | | | Sold | 07/18/13 | K | C | |
| 287. VF Corp. | A | Dividend | J | T | | | | | |
| 288. Verizon Comm. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 11/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. Vodafone | A | Dividend | J | T | | | | | |
| 290. Walgreen Co. | A | Dividend | J | T | | | | | |
| 291. Westar Energy Inc. | A | Dividend | | | Sold | 01/09/13 | J | | loss |
| 292. Whole Foods | A | Dividend | J | T | | | | | |
| 293. Wisconsin Energy Corp. (Y) | | | | | | | | | |
| 294. Wynn Resorts (Y) | | | | | | | | | |
| 295. Xcel Energy | A | Distribution | J | T | | | | | |
| 296. Yandex | A | Dividend | J | T | | | | | |
| 297. SPOUSE'S INVESTMENT CLUB - Closed (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS

1. ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ sold on 3/21/2013 and is now closed.

2. ▨▨▨▨▨▨ owns parcels of land in Chesapeake, VA.

3. ▨▨▨▨▨▨ limited liability company that owns apartment building in Norfolk, VA.

4. ▨▨▨▨ - unimproved land in Va. Beach, VA.

5. ▨▨▨▨▨▨ - owns real estate, mostly hotels, in various states.

6. ▨▨▨▨▨ - is a spinoff from ▨▨▨▨

7. ▨▨▨▨▨ owned home building lots in Virginia Beach, VA. Liquidated at a loss on 6/1/2013.

8. ▨▨▨▨ is owed money from ▨▨ which now owns tract of land located on border of Chesapeake and Va. Beach, VA, received from ▨▨▨▨

9. Line 68. Eaton Vance Floating Class C, ▨▨▨▨ handled by SunTrust Advantage, ▨▨▨▨.

10. Line 84. ▨▨▨ is located in Lawrenceville, Virginia, and was incorrectly listed in Emporia, Virginia.

11. Insofar as ▨▨▨ listings are concerned, ▨▨▨▨ of independent means and the listings contained herein with regard ▨▨ are those to which I may have personal knowledge from income tax returns and prior reports to you. I am not privy to any other information concerning ▨▨▨▨ were not derived from or through me and are being reported since they may be known to me due to ▨▨ income tax returns and are released only because of the regulations placed upon me. I do not derive any benefit ▨▨▨ in any way. It is done without ▨▨ consent and against ▨▨ wishes. ▨▨ claims right to confidentiality by virtue of Title 2, Section 6103, among other protections. ▨▨ emphatically believes ▨▨ holdings reported on this form should not be divulged for any public viewing. ▨▨ feels that ▨▨ constitutional rights have been and will be violated and that ▨▨ has not been afforded a hearing with regard to your requirement that h▨ personal and private holdings be reported. ▨▨ states ▨▨ has not been afforded due process. Any information you feel is lacking or is in need of explanation should be directed to ▨▨ as I have disclosed that which I may have learned from past tax information and some of which may be overreported out of an abundance of caution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT G. DOUMAR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544